# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARY NEUMER,<br><br>                  Plaintiff,<br>v.<br><br>ALDRIDGE PITE HAAN LLP,<br><br>                  Defendant. | Case No. 17-CV-1502-JPS<br><br>**ORDER** |

On March 1, 2018, the Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #6). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge